UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEVIN KWON on behalf of himself and all others similarly situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CASTLE 5, LLC, d/b/a CHAPEL )<br>BEAUTY SUPPLY, a Georgia )<br>Corporation; BEAUTY OF AMERICA, )<br>LLC d/b/a CHAPEL BEAUTY SUPPLY, )<br>a Georgia Corporation; and NAM K. )<br>PARK, individually,  )<br>)<br>Defendants.  ) | Civil Action Number:<br>1:14-cv-03665-TWT<br><br>Jury Trial Demanded |

## ORDER APPROVING SETTLEMENT AGREEMENT

The above-captioned case is before the Court for consideration of the Parties' Joint Motion for Approval of Settlement Agreement. The Court has considered and reviewed the proposed Settlement Agreement in this case and has determined it is fair and equitable in all respects. Accordingly, the Court hereby **GRANTS** the Parties' Joint Motion, **APPROVES** the Settlement Agreement entered into by the Parties, and **ORDERS** the parties to file a Notice of Dismissal With Prejudice within ten days of Plaintiff's receipt of payment. Except as stated in the Settlement Agreement, each party shall bear its own costs of litigation and attorney's fees.

**SO ORDERED** this 24th day of March, 2015.

                                         /s/Thomas W. Thrash
                                         The Honorable Thomas W. Thrash
                                         United States District Judge